```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
OSHOKE ABALU,                                                       :
                                                                    :
                                  Plaintiff,                        :
                                                                    :        24-cv-5917 (LJL)
              -v-                                                   :
                                                                    :            ORDER
SOCIETY OF HUMAN RESOURCE MANAGEMENT,                               :
JENNIFER MCCOLLUM,                                                  :
                                                                    :
                                  Defendants.                       :
                                                                    X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/13/24__

LEWIS J. LIMAN, United States District Judge:

    This Order memorializes rulings made at the telephonic conference held today, December 13, 2024.

    For the reasons stated at the conference, Defendants' motion to stay discovery, Dkt. No. 36, is granted, without prejudice to Plaintiff moving to vacate the stay if by December 27, 2024, the social media postings identified at the conference have not been taken down. In granting a motion to stay discovery, "Courts consider: (1) [the] breadth of discovery sought, (2) any prejudice that would result, and (3) the strength of the motion." *Robbins v. Candy Digital Inc.*, 2024 WL 2221362, at *1 (S.D.N.Y. May 15, 2024) (quoting *Hong Leong Fin. Ltd. (Sing.) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013)). Given the length of the complaint and Plaintiff's statements about the discovery she seeks, Dkt. No. 36 at 3, discovery here is likely to be broad. If the social media postings are taken down, the risk of prejudice to Plaintiff is minimal. The arguments made in Defendants' motions to dismiss regarding improper venue, SHRM's successor liability for Linkage's actions, and McCollum's individual liability are strong. The strength of these arguments weighs heavily in favor of granting a stay of

discovery. Therefore, the Court grants the motion to stay discovery.

If the social media postings are not taken down, the risk of prejudice may change. Therefore, if the postings are not taken down by December 27, 2024, Plaintiff may submit a motion to vacate the stay of discovery.

Given that Plaintiff is proceeding pro se, her deadline to submit an amended complaint is extended to January 3, 2025.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 36.

SO ORDERED.

Dated: December 13, 2024
      New York, New York

                                    LEWIS J. LIMAN
                               United States District Judge